**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Vivian A. SYE–PAYNE, Respondent.**

**No. 1130 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 17, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of April, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 13, 2006, the Petition for Review and Exceptions and Objections and response thereto, the request for oral argument is denied pursuant to Rule 208(e)(4), Pa.R.D.E., and it is hereby

ORDERED that VIVIAN A. SYE–PAYNE be and she is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Madame Justice BALDWIN would impose a nine-month suspension and one-year probation with a practice monitor.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Timothy John BLATT, Respondent.**

**No. 1058 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 17, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of April, 2006, on certification by the Disciplinary Board that the respondent, TIMOTHY JOHN BLATT, who was suspended on consent by Order of this Court dated September 8, 2005, for a period of six months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa. R.D.E., and there being no other outstanding order of suspension or disbarment, TIMOTHY JOHN BLATT is hereby reinstated to active status, effective immediately.